YOUNG WOMEN'S CHRISTIAN AS-SOCIATION OF THE NATIONAL CAPITAL AREA, INC., a District of Columbia Non–Profit Corporation, Appellant

v.

HALIFAX INSURANCE COMPANY, et al., Appellees.

No. 04–7131.

United States Court of Appeals, District of Columbia Circuit.

May 19, 2005.

Rehearing En Banc Denied June 17, 2005.

Bardyl Rifat Tirana, Law Office of Bardyl R. Tirana, Washington, DC, for Plaintiff–Appellant.

John A. Scaldara, Donald J. Walsh, Scaldara & Potler, Baltimore, MD, Richard W. Driscoll, Driscoll & Seltzer PLLC, Alexandria, VA, for Defendants–Appellees.

Stuart Lewis Peacock, William Halladay White, Jr., Bonner Kiernan Trebach & Crociata, Washington, DC, for Appellee.

Before GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

*JUDGMENT*

This cause was considered on the record from the United States District Court for the District of Columbia and on the briefs and arguments of the parties. It is

ORDERED AND ADJUDGED that the order of the District Court is affirmed for

the reasons stated in its memorandum opinion.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.